# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALAN S. ABRAHAM, | No. CV 16-3067-PSG (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| M.W. HOWARD, et al., | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 7/28/16

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE